**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JERMAINE HICKS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 07-00567-KD-B |
| **STATE OF ALABAMA,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated April 5, 2010 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely serve Defendants.

**DONE** and **ORDERED** this the **21st** day of **April 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**